UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

       Plaintiff,     **ORDER**

  -against-        **24-MJ-1971 (JW)**

ERAN HIYA,

       Defendant.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

  The Court last held a proceeding in this matter on May 20, 2024, where the Parties were advised that a subsequent proceeding may occur on **July 19, 2024**. The Parties are now ordered to appear for an in-person hearing on **July 19, 2024**, in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, New York **at 1:00pm**. The Parties are also ordered to file a status update informing the Court of any developments in this matter and potential next steps by **July 17, 2024, at 12:00pm**. The letters should not exceed three pages.

  SO ORDERED.

DATED: New York, New York
     July 12, 2024

              *Jennifer E. Willis*
              JENNIFER E. WILLIS
              United States Magistrate Judge