

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

> This request is GRANTED.  The conference will be held on July 19, 2024, at 2:30pm.  SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> JENNIFER E. WILLIS
> United States Magistrate Judge
> July 17, 2024

**BY CM/ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **Re:**    *United States v. Eran Hiya*, 24-mj-1971 (JW)

Dear Judge Willis:

The Government respectfully submits this letter on behalf of the parties to provide a status update and request that the Court reschedule the status conference in the above-captioned case, currently scheduled for July 19, 2024, at 1:00 p.m.  The parties have conferred and are available on July 19, 2024, between 2:30 p.m. and 4:00 p.m.

On May 20, 2024, pursuant to 18 U.S.C. § 3184 and the extradition treaty between the United States and Israel, Defendant Eran Hiya was provisionally arrested pending the submission of a formal request for extradition and supporting documents.  In accordance with Article XI of the extradition treaty, the Government of Israel has submitted a formal request for the extradition of the defendant to the United States Department of State, the "executive authority of the Requested Party," by July 19, 2024, the expiration of 60 days from the date of the defendant's provisional arrest.[1]  The Government anticipates the State Department will complete its review within the next week,  and the Government will file the extradition request and any supplemental materials on the docket in this case at that time.

Accordingly, on July 19, the parties expect to provide a status update regarding the Government's filing of the formal request for the defendant's extradition and to request that the Court set a briefing schedule to allow the parties to file their respective memoranda.

                 Respectfully submitted,

                 DAMIAN WILLIAMS
                 United States Attorney

---

[1] Under Article XI, "[a] person who is provisionally arrested may be discharged from custody upon the expiration of 60 days from the date of provisional arrest if the executive authority of the Requested Party has not received the extradition request and supporting documents as required in [the treaty]."  *See* Article XI of the Convention on Extradition between the Government of the United States of America and the Government of the State of Israel, U.S.-Israel, Dec. 10, 1962, 14 U.S.T. 1707, as amended by the Protocol Between the Government of the United States and the Government of the State of Israel Amending the Convention on Extradition Signed at Washington, D.C. on Dec. 10, 1962, U.S.-Israel, July 6, 2005, S. Treaty Doc. No. 109-3 (2005).

By:   /s/ *Dana R. McCann*
        Dana R. McCann
        Assistant United States Attorney
        Tel: (212) 637-2308

cc: Counsel for Defendant Eran Hiya (via ECF)