UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Plaintiff,                      **ORDER**

        -against-                     **24-MJ-1971 (JW)**

ERAN HIYA,

                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     This Court held an in-person status conference on July 19, 2024.  The following briefing schedule was determined during the July 19 conference:

- The Government's extradition brief is due **September 23, 2024**;

- The Extradite's opposition is due **October 15, 2024**;

- The Governments' reply is due **October 25, 2024**.

     The Court, if necessary, will hold an in-person evidentiary hearing on **November 12, 2024, at 11:00am** in courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, New York.

     SO ORDERED.

DATED:    New York, New York
            July 22, 2024

                                   *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                               United States Magistrate Judge