UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,                     **ORDER**

       -against-                    **24-MJ-1971 (JW)**

ERAN HIYA,

                    Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's request to extend the deadline for his response and the Government's reply. Dkt. No. 17. The request is GRANTED. Plaintiff's response is due October 29, 2024, and the Government's reply is due November 8, 2024. For now, the evidentiary hearing will remain scheduled for November 12, 2024. The Parties are ordered to meet and confer and contact my courtroom deputy with mutually agreed upon dates for the hearing. In any event, the hearing must take place before December 12, 2024.

      SO ORDERED.

DATED:    New York, New York
              October 11, 2024

                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge