# EXHIBIT C



FEDERAL BUREAU OF INVESTIGATION

Date of entry    10/28/2022

On October 28, 2022 Special Agent Cassidy Yotnakparian electronically served admin subpoenas, #824445, on T-Mobile USA, Inc.  requesting Customer or subscriber name, address of service, and billing address; Length of service (including start date and end date); Local and long distance telephone connection records (examples include: incoming and outgoing calls, push-to-talk, and SMS/MMS connection records); Telephone or Instrument number (including IMEI, IMSI, UFMI, and ESN) and/or other customer/subscriber number(s) used to identify customer/subscriber, including any temporarily assigned network address (including Internet Protocol addresses); Types of service used (e.g. push-to-talk, text, three-way calling, email services, cloud computing, gaming services, etc.) on telephone number 718-690-4200.

On October 28, 2022, SA Yotnakparian received the returns associated with the following subscriber:

Start Time: May 15, 2017

Customer Name: HIYA

Subscriber Name: EHY Real Holding LLC

Address: 1964 1st Ave, Apt 9X, New York, NY 10029

Attached as a digital 1A is a copy of the documentation provided by T-Mobile USA, Inc.

| | |
|---|---|
| Investigation on 10/28/2022 at | New York, New York, United States (Other (Electronic)) |
| File # 281N-NY-3515864 | Date drafted 10/28/2022 |
| by Cassidy A. Yotnakparian | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

USAO_0002344