# EXHIBIT I


USAO_0001845

USAO_0001846


USAO_0001847

Title: (U//LES) Share CHS information with INP related to shooting on ERAN HIYA
Re: 281N-WF-2195311, 01/25/2024



(U//LES) Information sharing related to shooting on IBOCS leader Eran Hiya



recently obtained information from a Confidential Human Source (CHS) related to Israeli-Based Organized Crime Syndicate (IBOCS) leader Eran Hiya, date of birth/DOB 19 NOV 1983.

After Hiya suffered a stabbing attack in Malaysia, he relocated from Malaysia to Indonesia. The FBI is not aware under what identity, or with what passport Hiya traveled from Malaysia to Indonesia.

On the evening of 23 JAN 2024, Hiya's new residence in Bali was shot up by unknown assailants. Hiya was grazed by gunfire but was not significantly wounded. One of Hiya's bodyguards did sustain an injury, but not a critical injury. No one was killed in the attempt on Hiya's life.



USAO_0001849