# EXHIBIT K





*United States Department of Justice*
Federal Bureau of Investigation

**Tracking #:** 207234333
**Date:** 02-Feb-2024

Office of the Legal Attaché
Embassy of the United States
Jakarta, Indonesia

Kadiv Hubinter
Kepolisian Negara Republik Indonesia
Jl. Trunojoyo No. 3, Kepayoran Baru
Jakarta Selatan 12110 Indonesia

CC
Kepala Polda Bali
Kepolisian Negara Republik Indonesia
Bali, Indonesia

(U) UNLESS OTHERWISE PROVIDED HEREIN OR EXPRESSLY AUTHORIZED BY FEDERAL BUREAU OF INVESTIGATION (FBI) HEADQUARTERS IN A SEPARATE COMMUNICATION, THE INFORMATION IN THIS DOCUMENT IS FOR INTELLIGENCE AND LEAD PURPOSES ONLY, AND YOUR GOVERNMENT MAY NOT USE THE INFORMATION IN ANY LEGAL PROCEEDINGS, DISSEMINATE THE INFORMATION TO ANY OTHER GOVERNMENT, PERSON OR ENTITY, OR TAKE ANY OVERT INVESTIGATIVE STEPS (INCLUDING BUT NOT LIMITED TO FORMAL LEGAL PROCESS OR DIRECT CONTACT WITH REFERENCED PERSONS/ENTITIES OR THEIR ASSOCIATES) BASED ON THE INFORMATION IN THIS DOCUMENT.

**(U) FBI New York requests the assistance of Indonesian National Police.**

FBI New York received information from Legat Jakarta and through open source records indicating HIYA was involved in a violent altercation in Bali and may have been arrested as a result of it.

HIYA is an integral part of his organization. Any and all information provided by Indonesian National Police (INP) on HIYA can impact our next investigative steps and strategy.

FBI New York would welcome a partnership jointly investigating Eran HIYA.

**UNCLASSIFIED//REL TO USA, IDN**

The FBI respectfully requests any and all information INP has on HIYA and the altercation to include:

- Any and all police reports regarding the violent altercation.
- If HIYA was arrested in Bali, on what charges was he arrested?
- What was the information on the passport HIYA used to enter Indonesia?
- Was anything seized during HIYA's arrest to include the Turkish passport, cellphones, computers, laptops or tablets?
- When did HIYA travel into Bali and by what means of travel and documentation?
- Please provide any and all related information associated with the shooting incident on or before January 24, 2024? Time, place, who was present? Are there any witnesses released from the scene? Were they locals? Can we have their information?
- Who else was arrested?
  - Please provide any information associated with arrested subjects.
  - Have any of the subjects been interviewed?
  - Where are the subjects being housed?
  - Are any of them injured?
  - What are they being charged with?
  - Were there any weapons, ammo or ballistic evidence recovered from their person/scene?
  - Was there any evidence related to the scene found outside the residence ie. vehicles, scooter? Any surveillance footage recovered?
- Were any victim, witness and/or suspects interviewed?
- Are there any suspects that remain at large?
- Where did the shooting occur?
  - Is there any information associated with the location of occurrence for instance, the owner of the property, length of stay and if it was rented or purchased?
  - Was the owner contacted?
  - If the property was rented, what rental service was used (ie: AirBnB?) and how were payments rendered?

- Where is Eran HIYA AKA Eren Kaya currently located? Is he currently detained and or charged? If so, what are the charges? Is he being treated for any injuries, if so what is the extent of the injuries?

ERAN HIYA:

DOB: November 19, 1983

Passport and VISA information:

US Citizen - Current: 565902393, Expires March 2029

Expired: 505526639, 710838312

Moroccan: Y07839382

Turkey: Name: EREN KAYA, U26966689, 43049150534

UAE: Visa: 234123995

                                      Sincerely,

                                      Robert F. Lafferty, IV
                                      Legal Attaché
                                        Federal Bureau of Investigation
                                        United States Embassy Jakarta