# EXHIBIT O



האגף לחקירות ולמודיעין

Israel National Police
Intelligence Department
Special Operations Division
Headquarters Jerusalem

March , 04, 2024

**This information is for intelligence purposes only, it may not be distributed or shared with any third parties without obtaining prior approval from our office.**

1. Further to the tests carried out below are eran hayasw travels around the world:
2. On 25/10/23 eran entered Malaysia from turkey.
3. On 07/12/23 he left Malaysia for indonsia
4. On 07-12/23-05/02/24 eas in Australia
5. On 05/02/24 departed from Sydney to shanghai.
6. On 08/02/23 departed from Indonesia to Malaysia
7. On 09-11/02/24 was in Thailand and from there he went to Malaysia with david agbrian on 11/02/24
8. As far as we know he is still in Malaysia.

Best Regards.

Superintendent Yafit Gabay
Special Operations Division
Investigations and Intelligence Department