# EXHIBIT Q


# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//LES) Examination and Compilation of Travel Records and Border Crossings of Eran Hiya

**Date:** 03/12/2024

**CC:** ALLISON RACHEL CATHERINE
MURRAY DIANA
LEWIS JENNIFER ANN
Cassidy A. Yotnakparian
JEFFRIES TIFFANY CHANEL
QUAO PRISCILLA K
Hillyard, Kathleen Johnson

**From:** NEW YORK
   NY-ID07
   **Contact:** Mark Alan Krug, 212-384-1866

**Approved By:** SIA KINIGOPOULOS MARIA J

**Drafted By:** Mark Alan Krug

**Case ID #:** 281N-NY-3515864    (U) Operation Roaming Gnome
        804I-NY-3495506    (U//FOUO) Middle Eastern Criminal Enterprise Type 3 Assessment

**Synopsis:** (U//LES) To documents examination and compilation of travel records and border crossings of Eran Hiya

**Reference:** 281N-NY-3515864 Serial 37

**Enclosure(s):** Enclosed are the following items:
1. (U//LES) Email and Attachment from CBP TFO regarding Hiya Border Crossings.
2. (U//FGI ISR) Examination and Compilation of Travel Records and Border Crossing of Eran Hiya

**Details:**

Title: (U//LES) Examination and Compilation of Travel Records and Border Crossings of Eran Hiya
Re: 281N-NY-3515864, 03/12/2024

    On 2 February 2024, IA Mark Krug obtained TECS travel records and secondary examinations for Eran Hiya. IA Krug compared those travel records against travel records and criminal history information provided by the Israeli National Police received pursuant to an FBI request and documents provided by Eran Hiya as part of a Consular Report of Birth Abroad of a Citizen of the United States of America (CRBA). The documents provided by Hiya included a US Passport, report cards, medical records, sworn letters, and other records in support of Hiya's presence in the United States (281N-NY-3515864, Serial 37).

    IA Krug compiled the above listed information into a spreadsheet with three separate sheets (attached as a digital 1A). Sheet 1, titled *Time in US*, shows Hiya's presence in the United States in relation to evidence Hiya provided. Sheet 2, titled *Claims*, shows claim of presence in the United States as evaluated against the information compiled in *Time in US*. Sheet 3, titled *Hiya Submitted Evidence*, shows the evaluation of each assertion made in Hiya's CRBA application as compared with the information compiled in *Time in US*. Based on the evaluation of the travel records, Eran Hiya was present in the United States a total of 219 days after the age of 14.

♦♦