# EXHIBIT V


# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U//FOUO) 4/25/2024 meeting with RMP SB E3 Director Hairuddin   **Date:** 04/25/2024

**From:** KUALA LUMPUR
    **Contact:** WU EUGENE P., +60321684885

**Approved By:** LEGAT Jagdeep Singh Khangura

**Drafted By:** WU EUGENE P.

**Case ID #:** 80-KL-C54-SB     (U) SPECIAL BRANCH
           281N-NY-3515864     (U) Operation Roaming Gnome

**Synopsis:** (U//FOUO) 4/25/2024 meeting with Royal Malaysia Police, Special Branch E3 Director Hairuddin

**Details:**

(U//FOUO) On 4/25/2024, LEGAT Jagdeep Singh Khangura and ALAT Eugene Wu met with Royal Malaysia Police (RMP), Special Branch, External Threats Unit (E3) Director, Deputy Commissioner of Police (DCP) Mr. Mohd Hairuddin Bin Che Hamid (HAIRUDDIN), Assistant Commissioner of Police (ACP) Ms. Goh Saw Khim, ACP Mr. Fuad, Deputy Superintendent of Police (DSP) Mr. Goa Jim Ming, and Liaison Officer Mr. Nashriq at the Element Hotel, IB Tower, 8, Lrg Binjai, Menara Ilham, 50450 Kuala Lumpur, Malaysia.

(U//FOUO) HAIRUDDIN has been the E3 Director for one month. He will retire in 37 months. ACP Goh will retire next year. HAIRUDDIN has traveled to New York for the United Nations General Assembly.

(U//FGI MYS//FOUO) DSP Goa stated that ERAN HIYA (HIYA) was arrested in Johor, Malaysia, along with two other foreigners. HIYA was kept in his own cell, and his cell was separated by at least two or three cells from other people so that he could not communicate with anyone. HIYA was arrested with the following passports on his possession: US, Polish,

Title:  (U//FOUO) 4/25/2024 meeting with RMP SB E3 Director Hairuddin
Re:  80-KL-C54-SB, 04/25/2024


Turkish, and French.  HIYA was being held on a 28 day remand starting 4/18/2024, and it will finish on 5/16/2024.  DCP HAIRUDDIN suggested that the FBI pick up HIYA the first week of May 2024, but the FBI should coordinate with the Inspector General of Police (IGP) Secretariat's office.


♦♦