# EXHIBIT BB



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry 07/03/2024

On May 12, 2024, ERAN HIYA (HIYA) requested to speak with case agents during the FTOC transport from Kuala Lumpur, Malaysia to New York Stewart International Airport. After being advised of the identity of the case agents, HIYA provided the following information without solicitation:

- HIYA had real estate in New Jersey, Africa, and Turkey.
  - TAMMY (known to the FBI as TAMARA BENAYOUN) lived in HIYA's house in New Jersey.
- The last time HIYA was in the United States was in October 2017, where he attended a Halloween party.
- TAMMY was the secretary for EHY Holding.
- Initially, HIYA said he did not know ELI MUSLI, but later admitted to knowing him.
- HIYA grew up in Long Island.
- HIYA loved crypto but did not make a lot money from it.
- ELI MUSLI was in with Israeli National Police (INP).
  - YOSSI MUSLI went to the jail all the time.
  - YOSSI MUSLI was a vegetable influencer.
  - YOSSI MUSLI and HIYA used to be friends.
- HIYA stated there were always rumors about him dying but then he always came back.
- HIYA knew a corrupt police officer in INP.
- One of the guys who came to kill HIYA was going back to Georgia, the other one was going back to Turkey.
- HIYA had no boss and he was no boss, all his friends were equal to him.
- HIYA saw the Red Notice because of a police officer friend.
- HIYA had 5 passports: Turkish, Moroccan, US, Polish, and Israeli.
  - HIYA almost got an Italian Passport.
- HIYA slashed the girls throat in Mexico because he was drunk and thought she killed his friend.

Investigation on 05/13/2024 at New York, New York, United States (In Person)

File # 281N-NY-3515864 Date drafted 06/17/2024

by Cassidy A. Yotnakparian, LEWIS JENNIFER ANN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.