UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        Plaintiff,                       **ORDER**

      -against-                             **24-MJ-1971 (JW)**

ERAN HIYA,

                        Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

In accordance with the Court's October 11th order, the Court is in receipt of a joint email requesting the hearing set for November 12, 2024, be adjourned to December 9, 2024, at 11:00am. This request is GRANTED.

On October 29, 2024, Defendant Eran Hiya ("Defendant") filed his memorandum of law in opposition to the request for extradition. Dkt. No. 20. The following day, Defendant filed a letter informing the Court that his brief exceeded the 25-page limit and requested leave to exceed the limit *nunc pro tunc*. Defendant's request is GRANTED.

**The Clerk of Court is respectfully requested to close Dkt. Nos. 17, 21.**

SO ORDERED.

DATED:    New York, New York
               November 8, 2024

                                                              *Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge