UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,                  **ORDER**

      -against-                  **24-MJ-1971 (JW)**

ERAN HIYA,

                    Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

    Given the length of the attachments to Mr. Hiya's memorandum of law in opposition to the request for extradition, he is ordered to provide the court with a hard copy of the memorandum and all 145 pages of attachments **by end of business Wednesday December 4, 2024**. The papers should be delivered or mailed to the Honorable Jennifer E. Willis, Thurgood Marshall Courthouse, 40 Foley Square, Chambers 425, New York, NY 10007.

    The Court is also in receipt of Plaintiff's request to exceed the 10-page limit in their reply memorandum. Dkt. No. 25. That request is **GRANTED**.

    SO ORDERED.

DATED:    New York, New York
                December 2, 2024

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge