UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN THE MATTER OF THE EXTRADITION
OF ERAN HIYA,

**ORDER**

**24-MJ-1971 (JW)**

-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 9, 2024, the Court held an evidentiary hearing in this matter. See Dkt. No. 23. At the December 9th hearing, the topic of pre-textual motivation by the government in commencing a legal action against a defendant arose as one of significance.

The Parties are ordered to file separate letter briefs informing the Court of any relevant caselaw on this issue. The caselaw need not be limited to the extradition context. The letters are due **December 23, 2024**, and should not exceed five pages.

SO ORDERED.

DATED:  New York, New York
        December 12, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge