UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

-against -

ERAN HIYA,

        Defendant.

Case No. 24 mj 1971

## NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE that Justine Harris, counsel for Eran Hiya, files this Notice of Change of Firm and Address in the above-captioned case. Ms. Harris's firm affiliation and contact information as of May 1, 2025 is as follows:

> Justine A. Harris
> HARRIS TRZASKOMA LLP
> 156 West 56th Street, Suite 2004
> New York, NY 10019
> 212.970.6465
> jharris@harristrz.com

All further pleadings and correspondence in this matter should be served to the above address.

Dated: May 4, 2025

*/s/ Justine A. Harris*

**HARRIS TRZASKOMA LLP**
156 West 56th Street
Suite 2004
New York, NY 10019
212.970.6465
jharris@harristrz.com

*Counsel for Eran Hiya*