**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
:
:
:
IN THE MATTER OF THE             :         ORDER
EXTRADITION OF ERAN HIYA         :
:         24-MJ-1971 (JW)
:
:
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,        :
:
:
       - against -                :
:         24-CR-282 (VM)
:
ERAN HIYA,                       :
:
               Defendant.        :
-----------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

On May 20, 2025, Eran Hiya filed a letter requesting he be released on conditions pending trial pursuant to 18 U.S.C. § 3142(a)(2) in United States v. Eran Hiya, (24-CR-282), and that he be released on the same conditions due to "special circumstances" in the related extradition proceeding In the Matter of Extradition of Eran Hiya, (24-MJ-1971). On May 29, 2025, Judge Marrero referred the request for a bail in United States v. Eran Hiya, (24-CR-282) to this Court. Thus, this Court will hold an in-person bail application hearing for both matters. The Parties are ordered to meet and confer and file a joint letter to this Court **by June 6, 2025**. The Joint letter shall include three mutually agreed upon dates that the Parties are available

to attend the bail hearing. The proposed dates shall fall within the date range of **June 23, 2025, to July 11, 2025**.

    SO ORDERED.

DATED:   New York, New York
             May 30, 2025

                                                                      *Jennifer E. Willis*
                                                                     JENNIFER E. WILLIS
                                                                     United States Magistrate Judge