

> The bail hearing is set for **June 23, 2025, at 2:30 PM.** The hearing will take place in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY. While the hearing will be one joint argument, the Government is ordered to file a status update in both 24-MJ-1971 and 24-CR-282 informing the Court whether AUSA McCann will be appearing on behalf of the Government for both cases.  SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> JENNIFER E. WILLIS
> United States Magistrate Judge
> June 5, 2025

**BY CM/ECF**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *In the Matter of the Extradition of Eran Hiya*, 24-mj-1971 (JW)

Dear Judge Willis:

    The Government respectfully submits this letter on behalf of the parties in response to the Court's May 30, 2025 order directing the parties to meet and confer and file a joint letter providing three mutually agreed upon dates for a bail hearing in the above-captioned case and *United States v. Eran Hiya*, 24 Cr. 282 (VM).  (Dkt. 40).  The parties have conferred and are available after 12:00 p.m. on June 23, 2025.  In addition, the parties are available on June 25 and June 30, 2025.

                                      Respectfully submitted,

                                      JAY CLAYTON
                                      United States Attorney

                           By:   */s/ Dana R. McCann*
                                Dana R. McCann
                                Assistant United States Attorney
                                Tel: (212) 637-2308

cc: Counsel for Defendant Eran Hiya (via ECF)