UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
:
IN THE MATTER OF THE                            :           ORDER
EXTRADITION OF ERAN HIYA                        :
:           24-MJ-1971 (JW)
:
:
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                       :
:
:
- against -                                     :
:           24-CR-282 (VM)
:
ERAN HIYA,                                      :
:
Defendant.           :
-----------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

On June 23, 2025, this Court held a bail application hearing in the above-captioned matters. During the hearing, this Court granted Hiya's request to submit additional briefing. The Government's letter is due **today by 11:59 PM**. Hiya's letter is **due by 11:59 PM on June 25, 2025**. The Parties are ordered to appear for an in-person bail ruling on **June 27, 2025, at 10:00 AM in Courtroom 228**, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.

SO ORDERED.

DATED:    New York, New York
          June 24, 2025

JENNIFER E. WILLIS
United States Magistrate Judge