**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
:
:
IN THE MATTER OF THE                :          ORDER
EXTRADITION OF ERAN HIYA            :          24-MJ-1971 (JW)
:
:
-----------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of Hiya's letter proposing bail conditions and requesting a bail hearing on July 1, 2025, regarding bail in the extradition matter. Dkt. No. 51. The Court is also in receipt of the Governments opposition to that request. Dkt. No. 53. Before the close of business on July 1, 2025, the Court will inform the Parties whether it will indeed hold a bail hearing. Should the Court decide a bail hearing is necessary, it will take place at 11:30 AM on July 2, 2025, in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.

SO ORDERED.

DATED:   New York, New York
         June 30, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge