**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
:
:
:
IN THE MATTER OF THE                       :          ORDER
:
EXTRADITION OF ERAN HIYA              :          24-MJ-1971 (JW)
:
:
:
-----------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court will hold a bail hearing in this matter at **11:30 AM on July 2, 2025**, in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY.

SO ORDERED.

DATED:   New York, New York
             July 1, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge