# SHER TREMONTE LLP

July 11, 2025

**VIA ECF**

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 68.

The Honorable Jennifer Rearden
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

SO ORDERED.

*/s/ Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
**Part I**
Dated: July 12, 2025

Re:   *In the Matter of Extradition of Eran Hiya,* No. 24 MJ 1971 (JW)

Dear Judge Rearden:

    Defendant Eran Hiya respectfully submits this letter requesting a one-day extension to the briefing schedule set forth in the Court's July 3, 2025 Order. (ECF No. 64).

    With the government's consent, we respectfully request that Mr. Hiya's opposition to the government's appeal of Judge Willis's release order be submitted on Monday, July 14, 2025, instead of Sunday, July 13, 2025, and that the government's reply, if any, is due Wednesday, July 17, 2025, instead of Tuesday, July 16, 2025. This is the first request for an extension of time.

    We appreciate the Court's consideration and apologize for any inconvenience.

Respectfully submitted,

/s/ *Noam Biale*
Noam Biale
Wes Erdelack
Krista Staropoli
SHER TREMONTE LLP
90 Broad St., 23rd Fl.
New York, NY 10004
(212) 202-2600
nbiale@shertremonte.com

Justine A. Harris
HARRIS TRZASKOMA LLP
156 W. 56th St., Suite 2004
New York, NY 10004

Hon. Jennifer Rearden
July 11, 2025
Page 2 of 2

                                                 (917) 685-5622
                                                 jharris@harristrz.com

                                                 *Counsel for Eran Hiya*

cc:      Dana McCann, Assistant United States Attorney (by ECF)